UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROXANNE CLEMENT-RORICK,<br><br>　　　　Defendant. | Case No. 21-cv-05037-TSH<br><br>**ORDER TO SHOW CAUSE** |

On January 14, 2022, the Court denied Plaintiff Orlando Garcia's motion for service by publication. ECF No. 15. As this case had been pending for over five months, and the service deadline had already been extended twice, the Court extended the service deadline (and deadline to file proof of service) "one final time" to February 14, 2022. Garcia has failed to file proof of service and there has been no further docket activity. Accordingly, the Court **ORDERS** Garcia to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Garcia shall file a declaration by March 7, 2022. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on March 17, 2022 at 10:00 a.m. by Zoom video conference. The webinar link and instructions are located at https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/.

Notice is hereby provided that failure to file a written response will be deemed an admission that Garcia not intend to prosecute, and the case may be dismissed without prejudice. Thus, it is imperative the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: February 22, 2022

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge